```
             IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

THE UNITED STATES
for the use and benefit of:

DIX CORPORATION,                                              PLAINTIFF

v.                          CASE NO. 06-2200

WESTERN SURETY COMPANY,                                       DEFENDANT

## O R D E R

    Before the Court is the Motion for Default Judgment (Doc. 10) and the Affidavits submitted in support (Docs. 11, 12 and 15) and the Motion to Set Aside Default (Doc. 17).  Defendant has not filed an Answer to the Complaint, and default was entered against it on February 27, 2007.  Defendant moves to set aside the default and enter an Answer in the above-styled action.  Defendant states it failed to respond in this action due to a good faith belief that this case and two other cases were one action rather than three separate lawsuits.  Accordingly, it had only Answered or responded in the one lawsuit. Defendant further advises it moved to correct the mistake as soon as it was realized.

    Pursuant to Federal Rule of Civil Procedure 55, the entry of Default may be set aside "for good cause shown."  The Court finds that Defendant has demonstrated good cause for the delay and Plaintiff's Motion for Default Judgment is DENIED.

    Defendant's Motion to Set Aside Default is GRANTED.  Defendant shall have until the close of business on April 3, 2007 to file its

Answer to Plaintiff's Complaint.

 IT IS SO ORDERED.

Dated:   March 20, 2007
/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge