IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THE UNITED STATES
for the Use and Benefit of:

DIX CORPORATION                                              PLAINTIFF

v.                    Case Number: CV-2006-2200

WESTERN SURETY COMPANY                       DEFENDANT

ORDER

Before the Court is the Plaintiff's Unopposed Motion to Dismiss the Complaint with prejudice [docket number 25]. The Court finds the motion is well taken and should be granted.

The Complaint is dismissed on motion of the Plaintiff. The parties shall bear their own costs and attorney's fees. This case is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Signed and dated this 13th day of Feb., 2008.

Robert T. Dawson
United States District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
FEB 13 2008
CHRIS R. JOHNSON, CLERK
BY         DEPUTY CLERK